## Jack PARKINSON, Appellant, v. STATE, Appellee.
No. 20343.

Court of Criminal Appeals of Texas.

Feb. 1, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for swindling in securing property over the value of fifty dollars,

punishment assessed at five years in the penitentiary.

Appellant has filed his affidavit advising the court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.